UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



SUSAN RATCLIFF, INDIVIDUALLY
AND AS REPRESENTATIVE OF
THE CLASS

VERSUS

MEDSOUTH RECORD
MANAGEMENT, LLC

CIVIL ACTION

NO. 08-718-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 12, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion pursuant to F.R.C. P 12(b)(3) and motion transfer pursuant to 28 U.S.C. § 1406(a) (rec.doc. 2) filed by defendant, MedSouth Records Management, LLC is denied.

Baton Rouge, Louisiana, May 27, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA